1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, ) Case No. 08MJ2261
                                )
11 |     Plaintiff,              )
                                 )
12 | v.                          ) **NOTICE OF ATTORNEY APPEARANCE**
                                 )
13 | ANA LUCIA BRAVO,            )
                                 )
14 |                             )
   |     Defendant.              )
15 |                             )
   | _____)
16

17      Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris

18 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the

19 above-captioned case.

20                              Respectfully submitted,

21

22 Dated: August 1, 2008                /s/ Kris J. Kraus
                                    **KRIS J. KRAUS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
24                                  Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: August 1, 2008          */s/ Kris J. Kraus*
                                **KRIS J. KRAUS**
                                Federal Defenders of San Diego, Inc.
                                Kris_Kraus@fd.org