Albert M. Sterwerf;
1352 Irvine Blvd.
Tustin, California 92780
Tel: (714) 508-7000
Fax: (714) 508-7002

Attorney for Defendant: Ester Bravo

**FILED**
AUG 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DETAINED

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANA LUCIA BRAVO, Defendant. | CASE NO.: 08MJ2261-LSP <br><br> SUBSTITUTION OF ATTORNEY <br><br> Proposed Order |

SUBSTITUTION OF ATTORNEY

NOTICE TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

ANA LUCIA BRAVO makes the following substitution of attorney:

Defendant Signature:

_Ana Bravo_                                Date: 8-4-08
Ana Lucia Bravo

Previous Counsel Signature:

_[signature]_                              Date: 8-4-08
Federal Defenders of San Diego

New Counsel Signature:

_[signature]_                              Date: 8-4-08
Albert Sterwerf

It is so ordered. _[signature]_
Date 8/6/08

1                                          SUBSTITUTION OF ATTORNEY

1
2        PROOF OF SERVICE
3      STATE OF CALIFORNIA, COUNTY OF ORANGE

4    I am employed in the County of Orange. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1352 Irvine Boulevard; Tustin, California 92780.

5

6 On August 4, 2008, I served the following document described as:

7        **SUBSTITUTION OF ATTORNEY**

8 on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

9



US Attorney's Office
San Diego

13 ( ) I mailed the said envelopes via certified return receipt mail from Tustin, California. The envelopes were mailed with postage thereon fully prepaid.

14

15 (✓) By Personal Service, I caused such envelope to be delivered by hand to the individuals at the addresses listed.

16

17 ( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (United Parcel Service), for delivery to the above addressee(s).

18

19 ( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

20 ( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

22 (✓) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

24 EXECUTED this date August 4, 2008, at Tustin, California.

25        Respectfully submitted,

26

27        [signature]

28

2                                    SUBSTITUTION OF ATTORNEY