UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Ana Lucia Bravo <br><br> Defendant(s) | CRIMINAL NO. 08mj2261 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court.

Pedro Martinez - Lopez

DATED: 8/5/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR    J. PARIS

RECEIVED _____
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk