Albert M. Sterwerf,
1352 Irvine Blvd.
Tustin, California 92780
Tel: (714) 508-7000
Fax: (714) 508-7002

Attorney for Defendant: Ana Lucia Bravo



DETAINED
FILED
08 AUG -6 PM 1:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
AUG - 5 2008

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ANA LUCIA BRAVO,<br>    Defendant. | CASE NO.: 08MJ2261<br><br>WAIVER OF CONFLICT OF REPRESENTATION |

## WAIVER OF CONFLICT

NOTICE TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

ANA LUCIA BRAVO makes the following informed consent to representation by attorney Albert Sterwerf while he is also representing Ester Bravo.

1. Attorney Sterwerf has informed me of possible conflicts of interest between myself and my co-defendant Ester Bravo. I am making this waiver in the interest of convenience to myself, the court, opposing counsel, and my family.

2. I am making this waiver for the limited purpose of any bond/bail hearings only at this time.

3. If I continue to retain attorney Sterwerf subsequent to the bail/bond hearings, I will so inform the court.

ORIGINAL SIGNATURE

4. Attorney Sterwerf has strongly recommended that I review any recommendations with an independent counsel before I make my final decision or action in this matter.

Defendant Signature:

*Ana Bravo*          Date: _____

Ana Lucia Bravo

I have been retained by Ms. Bravo to represent her and her sister in this matter. I recognize the potential conflicts and have informed Ms. Bravo of these conflicts. If I make any recommendations past obtaining the release of Ms. Bravo, I will have another attorney review my recommendation concerning its fairness to Ms. Bravo prior to making the recommendation.

Counsel Signature:

*[signature]*          Date: 8-4-08

Albert Sterwerf

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1352 Irvine Boulevard; Tustin, California 92780.

On August 4, 2008, I served the following document described as:

**SUBSTITUTION OF ATTORNEY**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

James Melendres
US Attorney's Office
San Diego CA

( ) I mailed the said envelopes via certified return receipt mail from Tustin, California. The envelopes were mailed with postage thereon fully prepaid.

(X) By Personal Service, I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (United Parcel Service), for delivery to the above addressee(s).

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this date August 4, 2008, at Tustin, California.

Respectfully submitted,

_[signature]_