1  KAREN P. HEWITT
   United States Attorney
2  JAMES P. MELENDRES
   Assistant United States Attorney
3  California State Bar No. Pending
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6327
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

**FILED**

AUG 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ2261
                                     )
12                      Plaintiff,   )
                                     )    **STIPULATION OF FACT AND JOINT**
13            v.                     )    **MOTION FOR RELEASE OF**
                                     )    **MATERIAL WITNESS(ES) AND**
14  ANA LUCIA BRAVO (1),             )    **ORDER THEREON**
                                     )    _____
15                      Defendant.   )
                                     )    **(Pre-Indictment Fast-Track Program)**
16  _____)

17      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and James P.

19  Melendres, Assistant United States Attorney, and defendant ANA LUCIA BRAVO, by and through

20  and with the advice and consent of defense counsel, Kris Kraus, that:

21      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  //

JPME:mg:7/29/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **August 25, 2008.**

6    4.    The material witness, Pedro Martinez-Lopez, in this case:

7         a.    Is an alien with no lawful right to enter or remain in the United States;

8         b.    Entered or attempted to enter the United States illegally on or about

9    July 24, 2008;

10        c.    Was found in a vehicle driven by defendant at the San Ysidro, California Port

11   of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

12   with no lawful right to enter or remain in the United States;

13        d.    Was paying $3,000 to others to be brought into the United States illegally

14   and/or transported illegally to his destination therein; and,

15        e.    May be released and remanded immediately to the Department of Homeland

16   Security for return to his country of origin.

17   5.    After the material witnesses are ordered released by the Court pursuant to this

18   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20   including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

22   substantive evidence;

23        b.    The United States may elicit hearsay testimony from arresting agents

24   regarding any statements made by the material witness(es) provided in discovery, and such testimony

25   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26   of (an) unavailable witness(es); and,

27   //

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ana Lucia Bravo (1)                2

AB

1      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5      6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to his country of origin.

12      It is STIPULATED AND AGREED this date.

13

Respectfully submitted,

14

KAREN P. HEWITT
United States Attorney

15

16  Dated: _8/26/08_

17  JAMES P. MELENDRES
Assistant United States Attorney

18

19  Dated: _8/21/08_

KRIS KRAUS

20  Defense Counsel for Ana Lucia Bravo

21  Dated: _8/21/08_

22  ANA LUCIA BRAVO
Defendant

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ana Lucia Bravo (1)      3                     08MJ2261

### O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to his country of origin.

**SO ORDERED.**

Dated:   8/26/08 .

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ana Lucia Bravo (1)          4

08MJ2261