UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08mj2261 |
| Plaintiff | ) | 08CR2832-H |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Ana Lucia Bravo. | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / <u>Order of Court</u>).

Pedro Martinez-Lopez - Bond Posted

DATED: 8/26/08

Leo S. Papas
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk